| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 4:22CR00034-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00043-JAD-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Deja Santay Keys | Utah | Southern |
| | NAME OF SENTENCING JUDGE David Nuffer, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/23/2024 | TO 10/24/2027 |

X FILED / RECEIVED / ENTERED / SERVED ON
3/5/2025
CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA
BY: MAM DEPUTY

**OFFENSE**
Count 1: Possession of Counterfeit Money

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant has been courtesy supervised in the district of Nevada since her release. She does not plan on returning to Utah and has family ties in Nevada. The Defendant is struggling with marijuana use, so the district of Nevada is requesting jurisdiction over this case so matters of noncompliance can be addressed within their court.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Salt Lake City    DISTRICT OF    Utah

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

02/19/2025
Date

*[signed]* David Nuffer
United States District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Las Vegas    DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/6/2025
Effective Date

*[signed]*
United States District Judge

1