**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEJA SANTAY KEYS,<br><br>  Defendant. | Case No. 2:25-cr-00043-JAD-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 3, 2025, at 10:30 a.m., be vacated and continued to December 8, 2025, at the hour of 11:00 a.m.

DATED this 27th day of August 2025.

_____
UNITED STATES DISTRICT JUDGE

3