**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEJA SANTAY KEYS,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00043-JAD-MDC<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 8, 2025, at 11:00 a.m., be vacated and continued to January 13, 2026, at the hour of 11:30 a.m.

　　　DATED this 5th day of December 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3