# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DEJA SANTAY KEYS,

      Defendant.

Case No. 2:25-cr-00043-JAD-MDC

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 4, 2026 at 10:00 a.m., be vacated and continued to July 21, 2026, at the hour of 10:00 a.m.

    DATED this 14th day of May, 2026.

_____

UNITED STATES DISTRICT JUDGE

3