**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00043-JAD-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| DEJA SANTAY KEYS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 21, 2026 at 1:00 p.m., be vacated and continued to September 23, 2026, at the hour of 10:30 a.m.

DATED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3