**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEJA SANTAY KEYS,<br>Defendant. | Case No. 2:25-cr-00043-JAD-MDC<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 23, 2026, at 10:30 a.m., be vacated and continued to December 21, 2026, at the hour of 1:30 p.m.

DATED this 31st day of August, 2026.



UNITED STATES DISTRICT JUDGE